# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| DAVIN J. WALTON | * CIVIL ACTION NO. 2:16-CV-1597 |
| | * SECTION P |
| VERSUS | * |
| | * JUDGE ROBERT G. JAMES |
| 14TH JUDICIAL DISTRICT COURT | * |
| | * MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation, [Doc. No. 29], of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petitioner's Motion to Stay, [Doc. No. 26], is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that petitioner's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is **DENIED AS MOOT** and **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 9th day of April, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE